PHILLIP A. TALBERT
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:   (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUKHTAR QUHSHI,<br>                    Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>                    Defendant. | Case No.  1:21-cv-01756-DAD-SKO<br><br>**ORDER APPROVING STIPULATION TO STAY DISQUALIFICATION**<br><br>(Doc. 4) |

Pursuant to the stipulation between Plaintiff Mukhtar Quhshi and Defendant United States of America filed on December 21, 2021 (Doc. 4),

IT IS HEREBY ORDERED that the United States Department of Agriculture's Food and Nutrition Service shall stay the imposition of the six-month term disqualification of Plaintiff's retail food store (which does business as Shop-N-Save) from participation as an authorized retailer in the Supplemental Nutrition Assistance Program until a judgment or order by this Court disposing of the above-captioned case is issued.

IT IS SO ORDERED.

Dated:   **December 30, 2021**                    /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE